Filed 06/17/25



| VERMONT SUPERIOR COURT | CIVIL DIVISION |
|---|---|

**VERMONT SUPERIOR COURT**

Addison Unit

7 Mahady Court

Middlebury VT  05753

802-388-7741

www.vermontjudiciary.org

**CIVIL DIVISION**

Case No. 72-4-20 Ancv

---

## Aerie Point Holdings, LLC vs. Vorsteveld Farm, LLC

---

## ENTRY REGARDING MOTION

Title:          Motion for Attorney's Fees re Motion to Determine Compliance
(Motion: 47)
Filer:          Merrill E. Bent
Filed Date:   May 09, 2025

The motion is GRANTED.

Plaintiff incurred attorneys' fees related to participation in a motion hearing that constituted a third additional round of litigation related to contempt. The hearing was necessary for Plaintiff to protect its interest in the injunctive order it previously obtained and for which Defendant has been found in contempt twice.

Defendant argues that there was no "bad faith" finding. While the record does not use the language of "bad faith," the clear findings of contempt satisfy any such requirement.

Upon review of the fees and costs requested, the work done and the fees charged are found reasonable except that the court has removed an item valued at $90 that was not supported on page 5 of the Time and Expense Statement.

Therefore, attorneys' fees are approved in the amount of $11,055.00, and costs are approved in the amount of $107.00.

It is so ordered.

Electronically signed June 17, 2025 pursuant to V.R.E.F. 9 (d).

Mary Miles Teachout
Superior Judge (Ret.), Specially Assigned